No. 95–5787. ORZECHOWSKI v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 95–5792. CURRY v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied. N. E. 2d 1266.

No. 95–5794. BURCHILL v. STEINBERG. Super. Ct. Pa. Certiorari denied. 

No. 95–5795. HERNANDEZ v. FLORIDA POWER & LIGHT CO. C. A. 11th Cir. Certiorari denied. 

No. 95–5796. GRAHAM v. HANNIGAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 95–5803. FORMAN v. COOMBE, ACTING COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 95–5805. EVANS v. CLARKE, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES. C. A. 8th Cir. Certiorari denied. 

No. 95–5806. HOMO ET AL. v. CITY OF HENNIKER, NEW HAMPSHIRE. Super. Ct. N. H., Merrimack County. Certiorari denied.

No. 95–5809. MOORE v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 95–5810. JONES v. HUMPHREY, ATTORNEY GENERAL OF MINNESOTA (two judgments). C. A. 8th Cir. Certiorari denied. 

No. 95–5821. SMITH v. GRAY ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–5823. TAMAYO v. DEPARTMENT OF LABOR ET AL. C. A. 9th Cir. Certiorari denied. 

No. 95–5825. COLEMAN v. VACCO, ATTORNEY GENERAL OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–5826. CLAY v. GODINEZ, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.